IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR124 |
| vs. | ) | ORDER |
| CORY BECKSTROM, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cory Beckstrom (Beckstrom) for an extension of time in which to submit a supplemental brief on his motion to suppress (Filing No. 65).  The motion is granted and Beckstrom shall have **to on or before February 20, 2013**, in which to file a supplemental brief regarding his motion to suppress.

**IT IS SO ORDERED.**

DATED this 23rd day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge