IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiffs,<br><br>vs.<br><br>CORY BECKSTROM,<br><br>         Defendant. | **CASE NO. 8:12CR124**<br><br>**ORDER** |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 72). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. Magistrate Judge Thalken's Findings and Recommendation (Filing No. 72) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 39) is denied, in accordance with the Findings and Recommendation.

Dated this 1st day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge